# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ZAMORA JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01371 LJO JLT<br><br>ORDER TO ATTORNEY BAUMAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS FAILURE TO SEEK MEMBERSHIP IN THIS COURT AND FOR FAILING REGISTER FOR ELECTRONIC FILING<br>(Doc. 4) |

On October 5, 2018, the Clerk of the Court notified attorney, Shaun Bauman, that he was not a member of this Court and had not registered for service of documents by the Court electronically as required by Local Rule 135g. (Doc. 4) The Clerk of the Court directed him to comply (Id.), though he has not done so. Thus, the Court **ORDERS**:

　　　1.　　**Within five court days**, Shaun Bauman **SHALL** show cause in writing why sanctions should not be imposed for his failure to seek membership in this Court and to register for electronic filing. Alternatively, he may file his membership application and electronic filing request within the same five-day period.

///
///
///

1

**Mr. Bauman is advised that his failure to comply will result in the Court striking him as the attorney of record and requiring the plaintiff to proceed as a self-represented litigant or to substitute other counsel.**

IT IS SO ORDERED.

    Dated: __December 18, 2018__                __/s/ Jennifer L. Thurston__
                                                                        UNITED STATES MAGISTRATE JUDGE