# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA ZAMORA JIMENEZ, | Case No.: 1:18-cv-01371 LJO JLT |
| Plaintiff, | ORDER REQUIRING ATTORNEY BAUMAN TO ATTACH A COPY OF THIS ORDER TO ANY FUTURE APPLICATION FOR MEMBERSHIP IN THIS COURT |
| v. | |
| COSTCO WHOLESALE CORPORATION, | ORDER CLOSING THE CASE |
| Defendant. | |

On October 5, 2018, the Clerk of the Court notified attorney Shaun Bauman that he was not a member of this Court and had not registered for service of documents by the Court electronically as required by Local Rule 135g. (Doc. 4) Though the Clerk of the Court directed him to comply, he failed to do so. (Doc. 7) Consequently, the Court ordered Mr. Bauman to show cause why he should not be sanctioned for practicing in this Court without first seeking membership or to take immediate steps to become a member. (Doc. 7) Again, he failed to comply. Instead, with Mr. Bauman's name still on the caption and without filing a notice of appearance, another lawyer in Mr. Bauman's firm signed a stipulated dismissal on behalf of the plaintiff. (Doc. 8)

The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d

1

688, 692 (9th Cir. 1997). Therefore, the Court **ORDERS**:

1. Mr. Bauman **SHALL** attach a copy of this order to any future application for membership in this Court and he **SHALL NOT** attempt to represent anyone in this Court again without first seeking membership;

2. Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **December 27, 2018**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE